AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

FID 11682261

**RECEIVED**
By USMS District of Columbia District Court at 12:18 pm, Jun 06, 202

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00198 |
| NATHANIEL LAMAR NELSON SCOTT | ) Assigned To : Judge Zia M. Faruqui |
| | ) Assign. Date : 6/6/2024 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     NATHANIEL LAMAR NELSON SCOTT                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

   18 U.S.C. § 2423(b) (travel with intent to engage in illicit sexual conduct)

Date:     06/06/2024

*Zia M. Faruqui*
*Issuing officer's signature*

City and state:     Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 6/6/24 , and the person was arrested on *(date)* 6/5/24
at *(city and state)* Washington, DC .

Date: 6/6/24

*Arresting officer's signature*

Thomas Sullivan / Detective
*Printed name and title*